# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.

Lightspeed Running & Rehabilitation System, LLC,

   Plaintiff,

v.

Lever, LLC,

   Defendant.

---

## COMPLAINT FOR PATENT INFRINGEMENT
---

Plaintiff, Lightspeed Running & Rehabilitation Systems, LLC, for its complaint against Defendant, Lever, LLC, states and alleges as follows:

## THE PARTIES

1. Plaintiff Lightspeed Running & Rehabilitation Systems, LLC (hereinafter "**Plaintiff**" or "**Lightspeed**") is a Minnesota Limited Liability Company with its registered office located at 707 Jasper Street, Cloquet, Minnesota, 55720. Lightspeed manufactures and sells a bodyweight support system branded as the 'LightSpeed Lift', which is designed to relieve impact forces and enhance natural movement and balance while running on a treadmill.

2. Upon information and belief, Lever, LLC (hereinafter "**Defendant**" or "**Lever**") is a Colorado Limited Liability Company with its principal office address of 4450

- 9th Street, Boulder CO 80304.  Upon information and belief, Defendant makes and sells a bodyweight support system designed to relieve impact forces and enhance natural movement and balance while running on a treadmill.

## JURISDICTION AND VENUE

3. This is an action for patent infringement under the patent laws of the United States of America, specifically 35 U.S.C. §1 *et seq.*, and particularly 35 U.S.C. § 271.

4. This Court has subject matter jurisdiction under 28 U.S.C. §1331 and 28 U.S.C. §1338(a).

5. The court has personal jurisdiction over Defendant because Defendant is organized, domiciled and transacts business within Colorado, and has committed acts within Colorado that caused injury to Plaintiff.

6. Venue is proper in this district under 28 U.S.C. §1391(c) because Defendant is subject to personal jurisdiction in this district.

## FACTUAL BACKGROUND

7. On June 21, 2016, U.S. Patent No. 9,370,680 entitled "Body Weight Support System for Therapeutic and Physical Training, And Method of Use Thereof" (hereinafter "**the '680 patent**") was duly and legally issued in the name of the inventors, Malcolm R. Macaulay, Vernon R. Johnsen and Daniel J. Stein.  A copy of the '680 patent is attached as Exhibit A to the Complaint.

8. Plaintiff Lightspeed is the owner by assignment of the entire right, title, and interest in the '680 patent.

9. Plaintiff Lightspeed's technological innovations in its 'Lightspeed Lift' bodyweight support system is protected by the '680 patent.

10. Upon information and belief, Defendant is in the business of manufacturing and selling fitness and rehabilitation products.  In particular, Defendant manufactures and sells a bodyweight support system under the trade names of "Lyte-V Package" and "LEVER Package" (hereinafter "**the Accused Product**").

11. On June 4, 2019, attorney for Plaintiff Lightspeed sent Defendant a letter informing Lever of the existence of the '680 patent, along with providing Lever with a courtesy copy of the '680 patent.

12. Upon information and belief, on or about July 1, 2019, after receiving the aforementioned letter of June 4, Defendant began selling the Accused Product.

13. Upon information and belief, Defendant presently offers the Accused Product for sale via the internet at the following URL: https://www.leverrunning.com/product-page/lever-pro. A copy of webpage from the URL is attached as **Exhibit B** to the Complaint.

14. On August 23, 2019, attorney for Plaintiff Lightspeed sent Defendant another letter, this time informing Lever of its infringement of the '680 patent in connection with

the Accused Product, including a claim chart and another courtesy copy of the '680 patent. A copy of this Letter is attached as **Exhibit C**.

15. Defendant has had pre-suit knowledge of the '680 patent since at least receipt of Plaintiff Lightspeed's letter dated June 4, 2019, and no later than receipt of the letter dated August 23, 2019.

16. Since learning of the '680 patent through either of the aforementioned letters, Defendant has continued to infringe the '680 patent.

17. As appropriate, Plaintiff Lightspeed has consistently marked its products with the '680 patent since its issuance.

## COUNT I
## INFRINGEMENT OF U.S. PAT. NO. 9,370,680

18. Plaintiff Lightspeed realleges and incorporates by this reference the foregoing paragraphs as though fully set forth herein.

19. Defendant has been infringing the '680 patent under 35 U.S.C. § 271(a) by making, using or selling, without license or authority from Lightspeed, in this district and elsewhere in the United States, the Accused Product, which infringes at least one claim of the '680 patent.

20. Upon information and belief, Defendant will continue to infringe the '680 patent unless enjoined by the Court.

21. Plaintiff Lightspeed has been damaged by Defendant's infringement of the '680 patent, and will continue to be damaged by that infringement, unless Defendant's infringement is enjoined by this Court.

22. Plaintiff Lightspeed is entitled to recover damages sustained as a result of Defendant's wrongful acts in an amount to be proven at trial.

23. Upon information and belief, Defendant has long had actual knowledge of the '680 patent, and their prior and continuing infringement of the '680 patent was and continues to be willful and deliberate.

24. As a result of Defendant's willful infringement, Plaintiff Lightspeed is entitled to increased damages under 35 U.S.C. § 284 and to attorney's fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

25. Alternatively, Plaintiff Lightspeed is entitled to Defendant's total profits from its sales of the Accused Product under 35 U.S.C. § 289.

## COUNT II
## ACTIVE INDUCEMENT OF INFRINGEMENT OF
## U.S. PAT. NO. 9,370,680

26. Plaintiff Lightspeed incorporates the allegations of the preceding paragraphs as though fully restated herein in their entirety.

27. Upon information and belief, as evinced by Defendant's description and sale of the Accused Product at the aforementioned website, a copy of which is attached herewith as Exhibit B to the Complaint, Defendant has been and is actively inducing the

infringement of the '680 patent under 35 U.S.C. §271(b) by knowingly calculating to induce third parties to directly infringe the '680 patent.

28.  Upon information and belief, Defendant will continue to actively induce infringement of the '680 patent unless enjoined by the Court.

29.  Plaintiff Lightspeed has been damaged by Defendant actively inducing infringement of the '680 patent, and will continue to be damaged by that active inducement of infringement, unless Defendant's active inducement of infringement is enjoined by this Court.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Lightspeed prays for the following relief:

(a)  That Defendant, its officers, agents, servants, employees and attorneys and all person in active concert or participation, be permanently enjoined from making, using and selling products which infringe U.S. Pat. No. 9,370,680;

(b)  That Plaintiff Lightspeed be compensated for the damages caused by Defendants' infringement under 35 U.S.C. § 284;

(c)  That the award for damages be trebled as provided by 35 U.S.C. § 284 for willful infringement;

(d)  That Plaintiff Lightspeed be awarded its costs and attorneys fees incurred in prosecuting this action, as provided by 35 U.S.C. § 285, (plus interest); and

    (e)    That this Court award such other and further relief as shall be deemed just.

Dated:                                       Respectfully submitted,

                                              By: /s/Yiu F. Au
                                              Scott J. Hawranek
                                              Yiu F. Au
                                              **Aspire IP, LLC**
                                              2 N Tejon Ave, Suite 400
                                              Colorado Springs, CO 80903
                                              Tel: (719) 359-9695
                                              Fax: (719) 213-2928
                                              scott@aspireip.com
                                              yiu@aspireip.com

                                              **ATTORNEYS FOR PLAINTIFF**
                                              **Lightspeed Running &**
                                              **Rehabilitation Systems, LLC**